PRESTON EASLEY, State Bar No. 108347
(maritime@earthlink.net)
PETER YOVANOVICH, State Bar No. 305794
(max@prestoneasley.com)
LAW OFFICES OF PRESTON EASLEY APC
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone:  (310)832-5315
Facsimile:   (310)832-7730

ATTORNEY FOR: Plaintiff
     BRENT FITZGERALD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT FITZGERALD, | ) Civil No.: |
| | ) |
| Plaintiff, | ) |
| | ) COMPLAINT FOR DAMAGES |
| v. | ) AND DEMAND FOR JURY TRIAL |
| | ) |
| SEABULK FLEET MANAGEMENT; | ) |
| CENTRAL GULF LINES, INC.; | ) |
| WATERMAN TRANSPORT, INC.; | ) |
| and SEACOR HOLDINGS, INC., | ) |
| | ) |
| Defendants. | ) |

COMES NOW PLAINTIFF BRENT FITZGERALD and complains of defendants, and each of them, and alleges as follows:

///

---

1

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

## FIRST CAUSE OF ACTION AGAINST ALL DEFENDANTS FOR JONES ACT NEGLIGENCE

1. At all times relevant herein plaintiff BRENT FITZGERALD was employed by the defendants, and each of them, as the chief mate aboard the vessel MV GREEN RIDGE which was a vessel in navigation owned, controlled, crewed, maintained, supplied, outfitted operated and managed by the defendants, and each of them. At all times relevant herein plaintiff was and is a seaman pursuant to the Jones Act, 46 U.S.C. Sec. 30104.

2. Plaintiff BRENT FITZGERALD is a resident of the City of Long Beach, County of Los Angeles, State of California. He is a citizen of the State of California.

3. The defendants maintain their principal places of business in Fort Lauderdale, Florida. They are citizens of the State of Florida.

4. The amount in controversy in this action exceeds $75,000.00, exclusive of costs and interest.

5. The basis of federal jurisdiction is the Jones Act, 46 U.S.S. Sec. 30104. Diversity is an alternate basis.

6. On or about August 29, 2022, plaintiff BRENT FITZGERALD suffered severe and disabling injuries while working aboard the MV GREEN RIDGE in navigable waters of the Pacific Ocean east of Japan when the vessel's third

mate, Audrius Pasvenskas, violently struck plaintiff in the face from behind without warning. The defendants, and each of them, breached their duty to provide plaintiff with a safe place to work. The defendants, and each of them, were negligent in the hiring, retention, screening, discipline and management of third made Audrius Pasvenskas. Plaintiff suffered at least seven facial fractures in the attack and was left lying helplessly on the deck.

7. Plaintiff BRENT FITZGERALD was dispatched to his chief mate's job aboard the vessel MV GREEN RIDGE by the International Organization of Masters, Mates and Pilots in Wilmington, City of Los Angeles, County of Los Angeles, State of California.

8. The vessel MV GREEN RIDGE called at a California port during the voyage on which plaintiff was injured by an assault on August 29, 2022.

9. Plaintiff is informed and believes that all of defendants are authorized to, have done and are doing business in the State of California and have systematically conducted business on regular basis in the State of California under and by virtue of the laws of the State of California.

10. As a result of defendants' negligence, and each of them, plaintiff was hurt and injured in his health, strength and activity, sustaining serious injuries, all of which have caused and continue to cause plaintiff great mental, physical and nervous pain and suffering and loss of enjoyment of life in an amount to

be proven at trial. Plaintiff informed and believes that thereon alleges that such injuries will result in permanent disability to him.

11. As a further result of defendants' negligence, and each of them, plaintiff has incurred and will continue to incur medical and related expenses, the full amount of which is not known to plaintiff at this time, and plaintiff will move to amend this complaint to state such amount when the same becomes known to him, on proof thereof. The amount of plaintiff's medical expenses will be proven at trial.

12. As a further result of defendants' negligence, and each of them, plaintiff's earning capacity has been greatly impaired, both past and future, and plaintiff has suffered and will continue to suffer a loss of wages, fringe benefits and wage earning capacity and opportunity and the ability to perform household services. The exact amount is not known to plaintiff as the time, the plaintiff will move to amend this complaint to state such amount when the same becomes known to him, on proof thereof, and such amount will be proven at trial.

13. The defendants, and each of them, breached their duty to exercise reasonable care under the circumstances and to provide plaintiff with a safe place to work and these breaches caused plaintiff's serious injuries when he was assaulted on or about August 29, 2022.

SECOND CAUSE OF ACTION FOR UNSEAWORTHINESS ALL DEFENDANTS

14. Plaintiff incorporates by reference, as though fully set forth below, each and every allegation of paragraphs 1 through 12 of the First Cause of Action herein.

15. On or about August 29, 2022, plaintiff BRENT FITZGERALD suffered severe and disabling injuries which working aboard the MV GREEN RIDGE in navigable waters of the Pacific Ocean east of Japan when the vessel's third mate, Audrius Pasvenskas, violently struck plaintiff in the face from behind without warning. Plaintiff suffered at least seven facial fractures in the attack and was left lying helplessly on the deck. This was a brutal assault and third mate Pasvenskas has a vicious disposition and he was not equal in disposition and seamanship to ordinary men in the calling.

16. At the time and places mentioned herein by provision of the General Maritime Law of the United States, defendants warranted to plaintiff that the MV GREEN WAVE its decks, equipment, tackle, crews and procedures were seaworthy and reasonably fit for their intended use. Defendants breached the aforesaid warranty of seaworthiness insofar as third mate Pasvenskas was unseaworthy and he rendered the vessel unseaworthy because he was not equal in disposition and seamanship to the ordinary men of the calling as

evidenced by his unusually vicious, brutal and unprovoked attack on the plaintiff.

17. As a result of the unseaworthiness of the MV GREEN WAVE plaintiff was hurt and injured in his health, strength and activity, sustaining serious injuries, all of which have caused and continue to cause plaintiff great mental, physical and nervous pain and suffering and loss of enjoyment of life in an amount to be proven at trial. Plaintiff is informed and believes and thereon alleges that such injuries will result in permanent disability to him.

18. As a further result of the unseaworthiness of the MV GREEN WAVE plaintiff has incurred and will continue to incur medical and related expenses, the full amount of which is not known to plaintiff at this time, and plaintiff will move to amend this complaint to state such amount when the same becomes known to him, on proof thereof. The amount of plaintiff's medical expenses will be proven at trial.

19. As a further result of the unseaworthiness of the MV GREEN WAVE plaintiff's earning capacity has been greatly impaired, both past and future, and plaintiff has suffered and will continue to suffer a loss of wages, fringe benefits and wage earning capacity and opportunity and the ability to perform household services. The exact amount is not known to plaintiff at this time. The plaintiff will move to amend this complaint to state such amount when

the same becomes known to him, on proof thereof, and such amount will be proven at trial.

## THIRD CAUSE OF ACTION FOR MAINTENANCE AND CURE AND UNEARNED WEAGES AGAINST ALL DEFENDANTS

20. Plaintiff incorporates by reference, as though fully set forth below, each and every allegation of paragraphs 1 through 19 of the First and Second Causes of Action herein.

21. On or about August 29, 2022 while working aboard the vessel MV GREEN RIDGE in navigable waters of the Pacific Ocean plaintiff suffered severe and disabling injuries.

22. Immediately prior to suffering these injuries, plaintiff was a strong, able bodied person, capable of continuous gainful employment in the occupation of chief mate. By reason of these disabling injuries, plaintiff has been caused to suffer great physical and mental pain and suffering, and has incurred and will continue to incur medical and related expenses, and for a period of time was and will be unable to attend to his usual occupation as a chief mate. He is therefore entitled to maintenance and cure and unearned wages.

WHEREFORE, plaintiff demands judgment against defendants, and each of them, as follows:

1. For general damages, according to proof;

2. For damages for medical and related expenses, according to proof;

3. For damages for lost earnings, both past and future; and loss of earning capacity and loss of earning opportunity and fringe benefits, and loss of ability to perform household services, both past and future, according to proof;

4. For an amount representing plaintiff's maintenance and cure and unearned wages, according to proof;

5. For costs of suit herein incurred;

6. For such other and further relief as the Court may deem proper.

Dated:  January 12, 2023          /s/ Preston Easley
                                  PRESTON EASLEY
                                  Attorney for Plaintiff
                                  BRENT FITZGERALD

## DEMAND FOR JURY TRIAL

Plaintiff BRENT FITZGERALD hereby demands a trial by jury in this action.

Dated:  January 12, 2023          /s/ Preston Easley
                                  PRESTON EASLEY
                                  Attorney for Plaintiff
                                  BRENT FITZGERALD

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL